UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: BIOMET M2a MAGNUM HIP IMPLANT PRODUCT LIABILITY LITIGATION<br><br>(MDL2391)<br><br>This Document Relates to All Cases | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 3:12-MD-2391 RLM |

ORDER CONCERNING REMOTE ATTENDANCE AT
STATUS CONFERENCE

Those who wish to attend the January 9, 2019 at 1:15 PM (EST) Status Conference by telephone can join via conference call.

The conference number for the Status Conference is 1.720.903.7875. The conference code is 3131-532#. Please call the line **fifteen (15) minutes before the call begins** as the Operator must place you into the Conference. The court has instructed that everyone participating by phone must be shown as present and appearing. Therefore, please identify everyone on the call to the phone operator. No recording of status conferences is allowed. Attendance shall be recorded. Attendees have no speaking parts unless authorized in advance by the court.

SO ORDERED.

ENTERED:      January 7, 2019


                                                   /s/ Robert L. Miller, Jr.
                                          Judge, United States District Court
                                          Northern District of Indiana


1