UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 ROBERT J. DOLE
COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Topeka, Kansas

March 4, 2019

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

Alexander C. Davis: alex@jonesward.com
Adrienne Franco Busby: adrienne.busby@faegrebd.com
Andrew L. Campbell: Andrew.Campbell@FaegreBD.com
Erin Linder Hanig: ehanig@southbank.legal
J. Joseph Tanner: joe.tanner@faegrebd.com
John D. LaDue: jladue@southbank.legal
Stephanie N. Russo: stephanie.russo@faegrebd.com


Re: Bratcher et al v. Biomet Orthopedics, LLC et al
USDC Kansas Case number: 5:19-cv-4015-SAC-TJJ
USDC Indiana Northern Case number: 3:15-cv-00518-RLM-MGG

Dear Counsel of Record:

Please be advised that the above mentioned action has been transferred to the U.S. District Court for the District of Kansas at Topeka, Kansas. We have assigned Civil Action Number: 19-4015-SAC-TJJ, assigned to the Honorable Sam A. Crow, District Judge, and to the Honorable Teresa J. James, Magistrate Judge, for pretrial proceedings.

Our local rules and information regarding admission pro hac vice can be found at www.ksd.uscourts.gov or by contacting the Clerk's Office at (785)338-5400.


    Sincerely,
    TIMOTHY O'BRIEN, CLERK

    By:  s/Heather Tildes, Deputy Clerk