**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| CAROL A. BRATCHER and | ) | |
| DAN BRATCHER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cv-04015-SAC-TJJ |
| | ) | |
| BIOMET ORTHOPEDICS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The plaintiffs, Carol A. Bratcher and Dan Bratcher ("Plaintiffs"), and the defendants, Biomet Orthopedics, LLC, Zimmer Biomet Holdings, Inc., Biomet, Inc., Biomet Manufacturing Corp., and Biomet U.S. Reconstruction, LLC ("Defendants"), stipulate that all claims in this lawsuit are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

 /s/  Brian S. Franciskato
Brian S. Franciskato          KS # 16746
NASH & FRANCISKATO LAW FIRM
2300 Main Street, Suite 170
Kansas City, MO  64108
Telephone:     (816) 221-6600
Facsimile:      (816) 221-6612
bfranciskato@nashfranciskato.com

Sean A. McCarty (Admitted *pro hac vice*)
JONES WARD PLC
1205 East Washington St., Suite 111
Louisville, KY  40206
Telephone:     (502) 882-6000
Facsimile:      (502) 587-2007
sean@jonesward.com

**ATTORNEYS FOR PLAINTIFFS**

2

/s/  Kara T. Stubbs
Kara T. Stubbs                KS # 15805
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:     (816) 471-2121
Facsimile:      (816) 472-0288
stubbs@bscr-law.com

Stephanie A. Koltookian (Admitted *pro hac vice*)
Thomas J. Joensen (Admitted *pro hac vice*)
FAEGRE BAKER DANIELS LLP
801 Grand Avenue, #3100
Des Moines, IA  50309
Telephone:     (515) 248-9000
Facsimile:      (515) 248-9010
stephanie.koltookian@faegrebd.com
tom.joensen@faegrebd.com

**ATTORNEYS FOR DEFENDANTS**